**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10535 |
| Plaintiff - Appellee, | D.C. No. 4:08-CR-00567-JMR |
| v. | |
| ERNESTO SOTO-HERRERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John M. Roll, Chief District Judge, Presiding

Submitted March 16, 2010[**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Ernesto Soto-Herrera appeals from the 56-month sentence imposed

following his guilty-plea conviction for illegal reentry after deportation, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SMS/Research

violation of 8 U.S.C. § 1326.  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Soto-Herrera contends that the district court procedurally erred by failing to consider the mitigating circumstances presented.  He also contends that the district court imposed a substantively unreasonable sentence.  The record indicates that the district court considered the defense's arguments in the course of determining Soto-Herrera's sentence and therefore did not procedurally err.  *See Rita v. United States*, 551 U.S. 338, 356-59 (2007); *United States v. Carty*, 520 F.3d 984, 991-92, 995 (9th Cir. 2008) (en banc).  Further, considering the totality of the circumstances, including the 18 U.S.C. § 3553(a) sentencing factors, the district court's sentence below the middle of the Guidelines range was substantively reasonable.  *See Carty*, 520 F.3d at 993.

**AFFIRMED.**